Probation Form No. 35  
(6/98)

Report and Order Modifying Conditions / Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

UNITED STATES OF AMERICA

vs.  Crim. No. CR-11-153-001-R

Michael Archangel Cintron

Per the court order dated November 7, 2013, signed by the Honorable David L. Russell, Mr. Cintron was ordered to serve three (3) consecutive weekends in a jail designated by the Bureau of Prisons, to begin on November 21, 2013. Mr. Cintron was ordered to report to the designated jail no later than 7:00 pm on Thursday and be released at 7:00 pm on Saturday.

Mr. Cintron was to report to the Grady County Detention Center on December 5, 2013 at 7:00 pm and be released on December 7, 2013 for his third, and final weekend in jail. However, due to the inclement weather and safety concerns, the U.S. Probation Officer respectfully recommends that Mr. Cintron be allowed to not report on this date. It is further recommended that Mr. Cintron be required to complete his final weekend next week, by reporting at 7:00 pm December 12, 2013 to the Grady County Detention Center.

Respectfully submitted,

Alicia Maddocks  
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be allowed to report for his final weekend in jail on December 12, 2013.

Date this 5th day of December, 2013.

DAVID L. RUSSELL  
UNITED STATES DISTRICT JUDGE